Susan St. Vincent
Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>ARTHUR JAMES MAGOWAN, JR.,<br><br>          Defendant. | CASE NO. 6:15-MJ-035-MJS<br><br>STIPULATION TO VACATE BENCH TRIAL AND SET PLEA AND SENTENCING; AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between Matthew McNease, the acting legal officer for the National Park Service, and Defendant Arthur James Magowan, Jr., by and through his attorney of record, Erin Snider, that the Bench Trial in the above-captioned matter set for December 10, 2015, be vacated and a Plea and Sentencing hearing be set for December 16, 2015, at 10:00 AM.

    Dated:  November 24, 2015           /S/ Matthew McNease_____
                                                      Matthew McNease
                                                      Acting Legal Officer
                                                      Yosemite National Park

Dated: November 24, 2015         /S/ Erin Snider
                                 Erin Snider
                                 Attorney for Arthur James Magowan, Jr.

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the Bench Trial for *U.S. v. Arthur James Magowan, Jr.*, case number 6:15-mj-035-MJS, is hereby vacated. A Plea and Sentencing hearing is set for December 16, 2015 at 10:00 AM.

IT IS SO ORDERED.

Dated:   November 24, 2015         /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE