HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIN SNIDER, Bar #304781
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ARTHUR MAGOWAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:15-mj-00035-MJS |
| Plaintiff, | MOTION TO VACATE NOVEMBER 8, 2016 REVIEW HEARING;  ORDER |
| vs. | |
| ARTHUR MAGOWAN, | |
| Defendant. | |

Defendant Arthur Magowan hereby requests that the Court vacate the November 8, 2016 review hearing, as Mr. Magowan is in full compliance with the terms of his probation.

On December 16, 2015, the Court sentenced Mr. Magowan to twelve months of unsupervised probation, with the conditions that he obey all laws, pay a $750 fine, advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law, and attend four Alcoholics Anonymous meetings within the first two months of probation.  Mr. Magowan has complied with all conditions of probation.

The government is in agreement with this request.

/ / /

/ / /

/ / /

/ / /

                                                               Respectfully submitted,

                                                               HEATHER E. WILLIAMS
                                                               Federal Defender

Date: October 17, 2016                */s/ Erin Snider*
                                                               ERIN SNIDER
                                                               Assistant Federal Defender
                                                               Attorney for Defendant
                                                               ARTHUR MAGOWAN

## **O R D E R**

Based on the parties' joint representation that Mr. Magowan has fully complied with the conditions of his probation, the Court vacates the review hearing scheduled for November 8, 2016, at 10:00 a.m. in Case No. 6:15-mj-00035-MJS.

IT IS SO ORDERED.

Dated:   October 17, 2016                        /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE